# Court of Appeals
# of the State of Georgia

ATLANTA,  December 06, 2016

*The Court of Appeals hereby passes the following order:*

## A17A0693.  THOMAS CORY STARK v. FANCY P. STARK.

Thomas Cory Stark and Fancy P. Stark were divorced in 2013.  Fancy Stark filed motions for contempt to enforce provisions of the divorce decree, both parties filed motions to modify child support, and Thomas Stark filed a motion to modify custody and a counterclaim seeking modification of child support and elimination of alimony. The trial court entered its final order addressing the various motions. Thomas Stark appeals from the order.

Although the Court of Appeals may review cases relating solely to child custody, the Supreme Court has appellate jurisdiction over "[a]ll divorce and alimony cases."  Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (6).  In Georgia, when the obligation to pay child support arises from a prior divorce proceeding, child support is a form of alimony. See *Spurlock v. Dept. of Human Resources*, 286 Ga. 512, 513 (1) (690 SE2d 378) (2010); *Jones v. Jones*, 280 Ga. 712, 715-716 (2) (632 SE2d 121) (2006).  Because Stark's appeals of the child support and alimony orders fall within the Supreme Court's jurisdiction, this appeal is hereby TRANSFERRED to the Supreme Court for resolution.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,  12/06/2016*
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ *, Clerk.*